

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00812-CV

Arty **STRAEHLA** and Ken Kinsey,
Appellants

v.

**AL GLOBAL SERVICES, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellants Arty Straehla and Ken Kinsey.

SIGNED August 26, 2020.

_____
Rebeca C. Martinez, Justice